# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 5:16-cv-00140-JVS-SK | Date | June 15, 2016 |
|---|---|---|---|
| Title | Randy S Delano v. United States of America et al | | |

Present: The Honorable   Steve Kim

| Marc Krause | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:**        (IN CHAMBERS) ORDER TO SHOW CAUSE

Petitioner filed a single-page petition on blank paper, styled as a writ of habeas corpus under 28 U.S.C. § 2241, rather than on the standard form required by the Court.  (Dkt. 1).  For this reason, on April 27, 2016, the Court dismissed the petition with leave to file an amended petition on the court-approved form, provided to Petitioner, within 30 days of entry of the order dismissing with leave to amend.  (Dkt 7).  The order did not require Petitioner to file an amended petition, but advised him that failure to do so may result in dismissal of the action for failure to prosecute.  To date, Petitioner has not filed an amended petition, nor has he filed a notice of dismissal.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE on or before **June 29, 2016** why this action should not be dismissed for failure to prosecute.  Petitioner may discharge this order by filing an amended petition by or before June 29, 2016.

If Petitioner no longer wishes to pursue this action, he may voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a) by filing a "Notice of Dismissal."  The Clerk is directed to provide Petitioner with a Notice of Dismissal Form (CV-009).

**Petitioner is advised that the failure to file a timely response to this order may result in a recommendation that this action be dismissed for failure to comply with a court order and failure to prosecute.**  *See* Fed. R. Civ. P. 41(b); L.R. 41-1.