JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY S. DELANO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Respondent. | CASE NO. 5:16-CV-00140-JVS (SK)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed and the action dismissed without prejudice.

DATED: September 14, 2016

　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE